IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-01885-RM-BNB | Date: | December 11, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| MARILYNN BROWN,<br>STANLEY BROWN,<br><br>**Plaintiff(s),**<br><br>v.<br><br>ENCOMPASS INSURANCE COMPANY OF AMERICA,<br><br>**Defendant(s).** | *Larry N. Harris*<br><br><br><br><br><br>*Terence M. Ridley* |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session:  10:03 a.m.

Appearance of counsel.

Argument held on Motion to Disqualify Counsel [25] filed on October 15, 2014.

For reasons stated on the record, it is

> **ORDERED: The Motion to Disqualify Counsel [25] is TAKEN UNDER ADVISEMENT.**

Court in Recess:  11:12 a.m.          Hearing concluded.          Total time in Court:  01:09

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.